PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision

Name of Offender: Steven Scott                                      Cr.: 08 CR 00033-1
                                                                    PACTS Number: 50783

Name of Sentencing Judicial Officer: The Honorable Freda L. Wolfson

Date of Original Sentence: 04/24/08

Original Offense: Theft of Government Property, in violation of Title 18: U.S.C. § 641

Original Sentence: 3 years probation, with special conditions for financial disclosure, no new credit/debt DNA, and to pay a $100 special assessment and $19,940 restitution at the rate of $1,000 per month

Type of Supervision: Probation                              Date Supervision Commenced: 04/24/08

### PETITIONING THE COURT

[ ]  To extend the term of supervision for         Years, for a total term of         Years.
[X]  To modify the conditions of supervision as follows. The amendment of the following special condition(s):

The restitution of $19,940 as originally ordered on April 24, 2008, is ordered to be paid in monthly installments of no less that $200.

### CAUSE

The offender has been supervised in this district since the sentencing date and there have been no problems of consequence, with one exception. The offender has not complied with the monthly restitution payment as set by the Court. The offender has paid a total of $5628.00 toward the restitution thus far. At the onset of probation, the offender initially was employed with a telemarketing firm, but was laid off in November, 2008. The offender has worked sporadically since that time through temporary agencies and he collects rental income for a property he owns which is attached to his primary residence. The offender is also currently receiving unemployment compensation. The offender was encouraged to pay off the restitution in the first few months of his probation term, but he became unemployed, and exhausted much of his savings on living expenses. The offender also vocalized an intention to obtain a home equity loan for the purpose of paying the restitution, but was unable to secure the credit necessary. A review of the offender's financial condition reveals net monthly income of $2,850 and total allowable monthly expenses of $2,400. The offender has a positive monthly cash flow of $450.

Respectfully submitted,

By: Steven Affrey
U.S. Probation Officer
Date: 10/28/09

PROB 12B - Page 2
Steven Scott

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

11/4/09
Date